ERIC GOLDBERG (SBN 157544)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300
eric.goldberg@dlapiper.com

*Attorneys for Secured Creditor*
*Green & Post Partners, LP*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**POST GREEN FELL, LLC**<br><br>Debtor. | Case No. 17-30314 DM<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 9010, the undersigned attorney hereby appears for secured creditor Green & Post Partners, LP and requests that all required notices be directed to:

ERIC GOLDBERG
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310.595.3000
Fax: 310.595.3300
eric.goldberg@dlapiper.com

Dated: April 4, 2017					DLA PIPER LLP (US)


							By */s/ Eric Goldberg*
							    ERIC GOLDBERG

							*Counsel to Green & Post Partners, LP*