Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Proposed Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

In re

POST GREEN FELL LLC

      Debtor

Case No. 17-30314

Chapter 11

## STATEMENT PURSUANT TO RULE 2016(b)

Pursuant to Federal Rule of Bankruptcy Procedure 2016(b), the undersigned states that:

1. The undersigned is the proposed attorney for the Debtor in this case.

2. The compensation paid or agreed to be paid by the Debtor, to the undersigned is: Hourly rate compensation as allowed by the Court,

    a) For legal services rendered or to be rendered in contemplation of and in connection with this case.

    b) Prior to the filing of this statement, the Debtor caused $50,000 to be paid to the undersigned.

c) The unpaid balance due and payable is: N/A

3. The filing fee in this case has been paid from the foregoing funds.

4. The Services rendered or to be rendered include the following:

    A. Analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under title 11 of the United States Code.

    B. Preparation and filing of the petition, schedules, statement of affairs and other documents required by the Court.

    C. Representation of the debtor at the meeting of creditors.

    D. Preparation and prosecution of the Debtor's Chapter 11 Plan of Reorganization; and

    E. All services incident thereto.

5. The source of payments made to the undersigned was from earnings, wages and compensation for services performed and funds raised by Laurence F. Nasey on behalf of the Debtor.

6. The source of payments to be made by the Debtor to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, rents and funds raised by the Debtor.

7. The undersigned has received no transfer, assignment or pledge of property from debtor except the following for the value stated: N/A.

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows: N/A.

DATED: April 18, 2017                ST. JAMES LAW, P.C.

                                        By: /s/ Michael St James .
                                               Michael St. James
                                          Proposed Counsel for the Debtor