MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor
POST GREEN FELL LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 17-30314-DM |
| POST GREEN FELL LLC, | Chapter 11 |
| Debtor. | APPLICATION FOR APPOINTMENT OF MACDONALD FERNANDEZ LLP AS ATTORNEYS FOR DEBTOR-IN-POSSESSION |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AT SAN FRANCISCO, CALIFORNIA:

The application of Post Green Fell LLC, Debtor-in-Possession herein, respectfully represents:

1. The within case was commenced by filing a voluntary chapter 11 petition on April 4, 2017. A trustee has not been appointed and the Debtor is in possession of its estate.

2. The Debtor requires experienced bankruptcy counsel to assist in administering the estate. The Debtor wishes to employ Macdonald Fernandez LLP as its attorneys. In selecting such counsel, the Debtor has made diligent and careful inquiries into the qualifications and connections of Macdonald Fernandez LLP, attorneys admitted to practice before this Court, and have found said attorneys to be qualified to represent it in this case by reason of their ability, integrity and professional experience.

3. The Debtor was formerly represented by Michael St. James of St. James Law, P.C.

1

The Debtor now desires to retain Macdonald Fernandez LLP due to withdrawal of St. James Law, P.C.

4. Macdonald Fernandez LLP has no connection with the Debtor, nor its known employees, creditors, attorneys or accountants, the United States Trustee, or any person employed with the Office of the United States Trustee, and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

5. Macdonald Fernandez LLP has not finalized arrangements for compensation with the debtor, and the debtor has applied for authority to provide Macdonald Fernandez LLP with a retainer of up to $100,000 from cash collateral (Dkt. No. 93). Debtor has agreed to pay Macdonald Fernandez LLP's standard hourly rates.

6. The Debtor understands that its obligation to pay fees and costs is subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Northern District of California, and payment of such fees and costs are subject to prior court approval.

WHEREFORE, the Debtor prays that he be authorized to employ and appoint Macdonald Fernandez LLP as its new attorneys under a general retainer pursuant to Bankruptcy Code Section 327(a), and for such other and further relief as is proper in the premises.

DATED: October 31, 2017                    POST GREEN FELL LLC

                                           By:/s/ Laurence F. Nasey
                                              Laurence F. Nasey, Responsible Individual